Karolina Pulnar, appellee, v. John Zawierucha et al., on appeal of Aniela Zawierucha, appellant. Gen. No. 29,445.

Suit for specific performance. Decree for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

D. W. Heffron, for appellant; J. H. Perkinson, of counsel. Isidore Brown, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Hubert Schumacher, appellee, v. Aaron Seidner, appellant. Gen. No. 29,475.

Action for damage to automobile in collision with defendant's car. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Clinton M. Huey, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

W. W. Heise and Joseph H. Hinshaw, for appellant; Dana R. Simpson, of counsel. T. F. Laramie, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Albert R. Leland, appellant, v. Charlotte C. Leland, appellee. Gen. No. 29,493.

Suit for divorce. Decree for defendant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and cause remanded with directions. Opinion filed June 17, 1925.

Olds & La Rue, for appellant; Milford H. Olds and Owen Rall, of counsel. Frederick A. Brown, amicus curiae, and William R. Moss, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Frank Ziegele, administrator of the estate of Susanna Ziegele, deceased, plaintiff in error, v. John Thoss and Lillian Thoss, defendants in error. Gen. No. 29,511.

Petition for vacation of judgment. Granted. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and cause remanded with directions. Opinion filed June 17, 1925.

Joseph A. Weber, for plaintiff in error. W. B. Wilson, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.